**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RINALDYS CASTILLO**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **ALBERT EINSTEIN COLLEGE OF MEDICINE INC., MONTEFIORE HEALTH SYSTEMS, INC., MONTEFIORE MEDICAL CENTER**, and **MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC.**, <br><br><br> Defendants. | Case No.: 1:24-cv-00984(PAE) |

## NOTICE OF MOTION FOR CONDITIONAL CERTIFICATION

PLEASE TAKE NOTICE that, upon the accompanying affirmation, statement of material facts, memorandum of law, and the pleadings herein, Plaintiff Rinaldys Castillo will move this Court, before Hon. Paul A. Engelmayer, United States District Judge, for conditional certification pursuant to the Fair Labor Standard Act seeking that the Court: (1) conditionally certify the proposed FLSA collective action; (2) order Defendants to promptly identify all potential collective members; (3) direct the issuance of Plaintiff's proposed notice and consent form to all such persons; and (4) grant equitable tolling.

Dated: November 17, 2025
      White Plains, New York

<div style="margin-left:40%">

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**

By:    */s/ Jeremiah Frei-Pearson*
        Jeremiah Frei-Pearson
        Erin Kelley
        One North Broadway, Suite 900
        White Plains, New York 10601
        Tel: (914) 298-3281
        Fax: (914) 824-1561
        jfrei-pearson@fbfglaw.com
        ekelley@fbfglaw.com

        Shane Seppinni
        Megan Jones
        **SEPPINNI LAW**
        40 Broad St., 7th Fl.
        New York, NY 10004
        Tel: (212) 859-5085
        shane@seppinnilaw.com
        megan@seppinnilaw.com

        *Attorneys for Plaintiff and the Putative Collective*

</div>