UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RINALDYS CASTILLO,

                                      Plaintiff,

                    -v-

ALBERT EINSTEIN COLLEGE OF MEDICINE, INC., *et al.*,

                                      Defendants.

24 Civ. 984 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' briefing related to the pending motion for conditional certification (the "Motion"). Dkt. 74. To assist the Court in resolving the Motion, the Court directs plaintiff Rinaldys Castillo to file a letter on the docket by **Wednesday, March 11, 2026,** not to exceed three single-spaced pages, summarizing the discovery sought by Castillo and received from defendants prior to the November 17, 2025 filing of the Motion, including all depositions, interrogatories, and requests for production. The Court does not invite any response from defendants at this time.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 6, 2026
       New York, New York