| **Finkelstein, Blankinship, Frei-Pearson & Garber, LLP**

ONE NORTH BROADWAY, SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

March 11, 2026

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
40 Foley Square
New York, NY 10007

Re:     *Castillo et al v. Albert Einstein College of Medicine Inc. et al, No. 1:24-cv-0984*
         **Joint Letter Motion For Stay Of Proceedings Pending Mediation**

Dear Judge Engelmayer,

On behalf of Plaintiff Plaintiff Rinaldys Castillo and the proposed Class in the above-captioned case, we write jointly with Defendants Albert Einstein College of Medicine Inc., Montefiore Health Systems, Inc., Montefiore Medical Center, and Montefiore Medicine Academic Health System, Inc. (collectively, the "Defendants"), to inform the Court of the Parties' intention to conduct a private mediation at the soonest mutually agreeable date, and to request a stay of all case deadlines until the mediation's resolution.

On March 2, 2026, counsel for the Parties conferred in good faith on the topic of potential settlement as required by Your Honor's Scheduling Order. *See* ECF No. 48, ¶ 9. At that conferral, Parties discussed the possibility of engaging a private mediator. On March 11, 2026, the Parties agreed to engage a private mediator, subject to Your Honor granting a stay of proceedings during mediation.

The Parties are now in the process of selecting a mediator and scheduling a date for mediation. The Parties propose filing a status update on March 20, 2026, which would inform the Court of the date of any scheduled mediation.

The Parties bring this motion in good faith to preserve judicial resources and to allow the Parties to focus their resources on exploring resolution. A stay will not prejudice the Parties, and public interest favors a stay.

We thank Your Honor for your continued attention to this case.

Dated: March 11, 2026
      White Plains, New York

Respectfully submitted,

By:    */s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Erin Kelley
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com
ekelley@fbfglaw.com

Shane Seppinni
Megan Jones
**SEPPINNI LAW**
40 Broad St., 7th Fl.
New York, NY 10004
Tel: (212) 859-5085
shane@seppinnilaw.com
megan@seppinnilaw.com

*Attorneys for Plaintiff and the Putative Collective*

The Court thanks the parties for this update.  The Court understands that fact discovery was completed on February 18, 2026.  Dkt. 48.  The Court accordingly grants the parties' request insofar as they seek to stay all deadlines related to defendants' anticipated motion for summary judgment.  The parties are directed to file a joint status update on the docket by **Friday, March 20, 2026** as to the date of any scheduled mediation.  The previously scheduled case management conference is adjourned *sine die*.

For counsels' benefit, the Court expects to soon resolve Castillo's pending conditional certification motion and will continue to work towards doing so, in the expectation that resolution of that motion will assist the parties in mediation.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: March 12, 2026
New York, New York

2