

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


Roya Aghanori
212.583.2667 direct
212.583.9600 main
raghanori@littler.com

March 20, 2026


**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***Castillo et al v. Albert Einstein College of Medicine Inc. et al.***
       ***SDNY No. 1:24-cv-0984***

Dear Judge Engelmayer:

We represent Defendants in the above-captioned action. Further to the Parties' joint letter submission dated March 11, 2026 (ECF No. 114), and your Honor's Order granting the Parties' request for a stay (ECF No. 116), we submit this letter to inform the Court that a private mediation has been scheduled for June 9, 2026.

The Parties propose filing a joint status update one week after the mediation, on June 16, 2026.

Thank you for your continued attention to this matter.

Sincerely,

*/s/ Roya Aghanori*

Roya Aghanori