UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RINALDYS CASTILLO, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

ALBERT EINSTEIN COLL. OF MEDICINE INC. *et al.*,

Defendants.

24 Civ. 984 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Yesterday, the Court held a pre-motion conference and took up with counsel: (1) the sequencing of the anticipated motions for conditional certification, class certification, and summary judgment, and (2) plaintiff Rinaldys Castillo's motion to compel defendants' production of documents.

For the reasons stated on the record, the Court finds that briefing related to conditional and class certification should be concurrent and that a resolution of these motions should precede summary judgment briefing. The Court determined, however, that a briefing schedule cannot responsibly be set until the outstanding discovery dispute is resolved.

Accordingly, the Court directs the parties to confer forthwith with an eye toward resolving the issue raised in Castillo's motion, Dkt. 130, related to defendants' production of electronic records (*e.g.*, calendar entries) as to a representative sample of employees, including Castillo. The parties are directed to file a letter on the docket, by **August 10, 2026**, reporting full compliance with this Order. Upon confirmation that discovery is complete, the Court will set a briefing schedule for the anticipated motions.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 30, 2026
New York, New York