Littler

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

William J. Anthony
Shareholder
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

September 30, 2026

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***Castillo v. Albert Einstein College of Medicine, et al.*, 1:24-cv-00984-PAE**
**Joint Status Report in Response to The Court's July 30, 2026 Order (Dkt. 132)**

Dear Judge Engelmayer:

The parties submit this joint status report pursuant to the Court's Orders concerning the limited production of electronic records for Plaintiff and the four sampled Study Coordinators. (Dkt. 132, *as modified by* Dkt. 138).

Between August 12 to September 22, 2026, Defendants produced the calendar entries for Plaintiff and the four sampled Study Coordinators for the relevant periods.[1] That production included the underlying calendar information discussed during the July 29, 2026 conference and can be compared with the metadata reports Defendants previously produced on February 18, 2026.

In addition to the calendar materials specifically discussed at the conference, on September 28, 2026, Defendants produced responsive records located concerning Plaintiff's and the sampled individuals' use of electronic systems, including C-Cure, EPIC, REDCap, and single-sign-on records, where such records were available. Not all systems were used by every sampled Study Coordinator. Defendants undertook this supplemental production following the parties' meet-and-confer concerning the electronic records referenced in the September 15, 2025 correspondence discussed at the conference.

---

[1] Calendar entries for Plaintiff were produced on August 12, 2026. Calendar entries for one of the sampled Study Coordinators was produced on August 21, 2026. Calendar entries for the four sampled Study Coordinators were produced on August 21, September 10, and September 22, 2026.

Defendants and Plaintiff understand that these productions complete the limited production contemplated by the Court's Orders and the July 29 conference.

The parties respectfully request that the Court set the following schedule for Plaintiff's combined motion for conditional certification under the FLSA and class certification under Rule 23:

- Plaintiff's opening brief to be filed by October 28, 2026;[2]
- Defendants' opposition to be filed within thirty (30) days after Plaintiff files his opening brief; and
- Plaintiff's reply to be filed within fourteen (14) days after Defendants file their opposition.

The parties also jointly request that the applicable page limits for their respective opening, opposition, and reply briefs established by Section 3(C) of Your Honor's Individual Rules and Practices in Civil Cases be extended by five (5) pages, in light of the Court's direction that the conditional- and class-certification motions be briefed together.

Respectfully submitted,

*William J. Anthony*
William J. Anthony

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 1, 2026
New York, New York

[2] Plaintiff requests this date in light of the fact that Plaintiff's lead counsel and lead associate are beginning a two-week trial starting tomorrow, October 1, 2026.