FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

ONE NORTH BROADWAY, SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

October 28, 2026

**BY ECF**
Hon. Paul A. Engelmayer,
United States District Judge
40 Foley Square
New York, NY 10007

**Re: *Castillo et al v. Albert Einstein College of Medicine Inc. et al*, No. 1:24-cv-0984**

Dear Judge Engelmayer,

Pursuant to Your Honor's Individual Rules and Practices 4.B, the Local Rules of the Southern District of New York, and the Southern District's Electronic Case Filing Rules and Instructions § 6, Plaintiff Rinaldys Castillo respectfully submits this request to preliminarily file under seal and redact certain descriptions and summaries of discovery material filed in connection with Plaintiff's Combined Motion for Class and Conditional Certification (the "Motion").

The Parties have entered into a protective agreement (the "Agreement") for the purposes of discovery in this case. In that Agreement, the Parties have agreed to file under seal materials designated by the other side as confidential. Pursuant to that Agreement, Defendants designated the discovery materials cited and referenced in Plaintiff' Motion as confidential.

Although there is a presumption of public access to judicial documents, "[d]ocuments may be sealed if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (internal quotations and alterations omitted). These "countervailing factors include but are not limited to . . . the privacy interests of those resisting disclosure." *Id.* (internal quotations omitted).

Here, Plaintiff takes no position as to whether the materials at issue ought to be filed under seal. Nonetheless, consistent with the Agreement, Plaintiff respectfully seeks leave to file these materials under seal and/or with the proposed redactions. Should the Court require further argument regarding sealing and/or redactions, Plaintiff respectfully requests that the Court direct Defendants to submit such argument. Plaintiff appreciates the Court's attention to this matter.

Dated: October 28, 2026
White Plains, New York

Respectfully submitted,

**FINKELSTEIN, FREI-PEARSON, FREI-PEARSON & GARBER, LLP**

By: */s/ Jeremiah Frei-Pearson*

Jeremiah Frei-Pearson
Erin Raye Kelley
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com
ekelley@fbfglaw.com

Shane Seppinni
Megan Jones
**SEPPINNI LAW**
40 Broad St., 7th Fl.
New York, NY 10004
Tel: (212) 859-5085
shane@seppinnilaw.com
megan@seppinnilaw.com

*Attorneys for Plaintiff and the Putative Class and Collective*

CC: All Counsel of Record via ECF.

Defendants are directed to file a letter with the Court by October 4, 2026, that identifies, with specificity, the basis for sealing each document or portion thereof and why disclosure would cause a particularized harm sufficient to overcome the presumption of public access to judicial documents.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 30, 2026
New York, New York